UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Larisa Ivanovna Markus,                                              19 **CIVIL** 10129 (AT)

       Debtor in a Foreign Proceeding.
-----------------------------------------------------------X
Larisa Ivanovna Markus,

       Appellant,                                                  19 **CIVIL** 10363 (AT)

       -against-                                                   **JUDGMENT**

Yuri Vladimirovich Rozhkov,

       Appellee.
-----------------------------------------------------------X
LM Realty 31B, LLC, LM Realty 27D, LLC, LM Realty 24C, LLC, LM Realty 23H, LLC, LM Realty 20A, LLC, LM Realty 18 West, LLC, The Larisa Markus Revocable Trust, The Larmar Foundation, Protax Services Inc., Protax Consulting, Inc., Ilya Bykov, First Integrated Construction, Inc., Innovative Construction Group, Inc.,

       Appellant.

       -against-

Yuri Vladimirovich Rozhkov,

       Appellee.
-----------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2020, the October 2019 Order is AFFIRMED. The LM/Protax Entities' requests are DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
       September 30, 2020

                                           **RUBY J. KRAJICK**
                                           **Clerk of Court**
                       **BY:**  *K. Mango*
                                             **Deputy Clerk**